Bond No. 800054602



# BOND TO DISCHARGE LIS PENDENS

Supreme Court of The State Of New York
County of Queens
*****************************************

MANUEL ROEL, Individually and Derivatively as 50% Shareholder of ROEL & HSU CORP., as 25%Shareholder of CHRL REALTY CORP., as 25% Shareholder of RLCH, INC., and as 25% Shareholder of 190-15 48th Avenue Corp.,

       Plaintiff,   Index Number 709652/2017

- against-

JOE HSU, ESTER HSU, ROEL & HSU CORP., RLCH, INC., CHRL REALTY CORP., 190-15 48th AVENUE CORP., MOU YANG LAM, KWAN CHO CHEUNG, MING KAM CHEUNG, HEONG LENG LOU, JIM GUO LIN, KAM MING LAM, AND SIU LING WONG

       Defendants.
_____

STEVEN CHEUNG, MING YUNG CHEUNG, GUI ZHEN CHEN, CHEUNG CHIN CHAU, TUNG SUET RUBY LAM AND WONG KUCK TAN,

       Defendants/Intervenors.
*****************************************

WHEREAS, in the above entitled action, a Notice of Pendency was filed in the Office of the Clerk of the County of Queens, and

WHEREAS, by an order entered on the 16th day of July, 2020, the Defendant, RLCH, Inc., was directed to file with the Clerk of the County of Queens, an undertaking in the amount of One Million and No/100 ($1,000,000.00) Dollars, the bond to be conditioned for payment to Plaintiff Manuel Roel of any sum the judgment as against Defendant RLCH Inc., in the above-entitled action awards to Plaintiff .

NOW, THEREFORE, the Atlantic Specialty Insurance Company, having an office and principal place of business for the State of New York at One State Street Plaza, 31st Floor, New York, N.Y., 10004, does hereby, pursuant to said order in such case made and provided, undertake, that the Defendant, RLCH, Inc., will pay to the Plaintiff, Manuel Roel, any sum the judgment as against Defendant RLCH, Inc., in the above entitled action awards to Plaintiff after the Notice of Pendency filed by the Plaintiff in the above action is cancelled.

PROVIDED, HOWEVER, that in no event shall the liability under this undertaking exceed the sum of One Million and No/100 ($1,00,000.00).

Dated: July 16th, 2020

              ATLANTIC SPECIALTY
              INSURANCE COMPANY

              _____
              D. Nicholas Blakie, Attorney-in-fact

# ACKNOWLEDGEMENT OF SURETY

STATE OF NEW YORK
COUNTY OF NEW YORK

On the ___16th___ day of ___July___ in the year 20_20_, before me personally came D. Nicholas Blaikie to me known, who being by me duly sworn, did depose and say that he resides at One State Street Plaza, 31st Floor, New York, NY 10004, that he is the Attorney-in-Fact of Atlantic Specialty Insurance Company, the corporation described in and which executed the above instrument; that he knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the Board of Directors of said corporation, and, that he signed his name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to Atlantic Specialty Insurance Company, A Certificate of Solvency and qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law and that such certificate has not been revoked.

_[signature]_
Notary Public

COLETTE M. BLAIKIE
Notary Public, State of New York
No. 1BL4989857
Qualified in New York County
Certificate Filed in New York County
Commission Expires May 6, 20_22_



# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **D. Nicholas Blaikie, Colette M. Blaikie**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **sixty million dollars ($60,000,000)** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this twenty-ninth day of April, 2019.

By _____
Paul J. Brehm, Senior Vice President

STATE OF MINNESOTA
HENNEPIN COUNTY

On this twenty-ninth day of April, 2019, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.



MANDALY ANN LAMERE
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2023

_____
Notary Public

I, the undersigned, Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated  16th  day of  July, 2020

This Power of Attorney expires
January 31, 2023

_____
Christopher V. Jerry, Secretary



**Atlantic Specialty Insurance Company**
Period Ended 12/31/2019

Dollars displayed in thousands

| Admitted Assets | | Liabilities and Surplus | |
|---|---|---|---|
| Investments: | | Liabilities | |
| Bonds | $ 1,219,332 | Loss Reserves | $ 750,516 |
| Preferred Stocks | - | Loss Adjustment Expense Reserves | 243,193 |
| Common Stocks | 791,167 | Total Loss & LAE Reserves | 993,709 |
| Mortgage Loans | - | | |
| Real Estate | - | Unearned Premium Reserve | 520,053 |
| Contract Loans | - | Total Reinsurance Liabilities | 17,061 |
| Derivatives | - | Commissions, Other Expenses, and Taxes due | 40,497 |
| Cash, Cash Equivalents & Short Term Investments | 62,383 | Derivatives | - |
| Other Investments | 17,350 | Payable to Parent, Subs or Affiliates | - |
| Total Cash & Investments | 2,090,232 | All Other Liabilities | 165,932 |
| Premiums and Considerations Due | 261,176 | Total Liabilities | 1,737,252 |
| Reinsurance Recoverable | 51,892 | | |
| Receivable from Parent, Subsidiary or Affiliates | 21,005 | Capital and Surplus | |
| All Other Admitted Assets | 59,800 | Common Capital Stock | 9,001 |
| | | Preferred Capital Stock | - |
| Total Admitted Assets | 2,484,105 | Surplus Notes | - |
| | | Unassigned Surplus | 49,392 |
| | | Other Including Gross Contributed | 688,460 |
| | | Capital & Surplus | 746,853 |
| | | Total Liabilities and C&S | 2,484,105 |

State of Minnesota
County of Hennepin

I, Christopher Jerry, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said OneBeacon Insurance Company, on the 31st day of December, 2019, according to the best of my information, knowledge and belief.

_____
Secretary

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 27th day of February, 2020.

_____
Notary Public

SHANNON MARIE LAUBY-WOLF
Notary Public
Minnesota
My Commission Expires
Jan 31, 2025