SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------- x

MANUEL ROEL, Individually and Derivatively as
50% Shareholder of ROEL & HSU CORP., as
25% Shareholder of CHRL REALTY CORP., as
25& Shareholder of RLCH, INC., and as 25%
Shareholder of 190-15 48th AVENUE CORP.,

                              Plaintiff,

                              -against-

JOE HSU, ESTER HSU, ROEL & HSU CORP.,
RLCH, INC., CHRL REALTY CORP., 190-15 48th
AVENUE CORP., MOU YANG LAM, KWAN
CHO CHEUNG, MING KAM CHEUNG, HEONG
LENG LOU, JIM GUO LIN, KAM MING LAM,
AND SIU LING WONG,

                              Defendants.
--------------------------------------------------------------- x
STEVEN CHEUNG, MING YUNG CHEUNG, GUI
ZHEN CHEN, CHEUNG CHIN CHAU, TUNG
SUET RUBY LAM AND WONG KUCK TAN,

                              Defendants/Intervenors.
--------------------------------------------------------------- x

Index No. 709652/2017

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that that certain claims, counterclaims, and cross-claims by or against RLCH, Inc. asserted in the above-captioned action have been removed this day to the United States Bankruptcy Court for the Eastern District of New York as set forth in the Notice of Removal (the "Notice") annexed hereto as Exhibit A.  Upon the filing of the Notice, defendant RLCH, Inc. has effected removal under 28 U.S.C. § 1452.

Dated:  New York, New York
         August 28, 2020

HERRICK, FEINSTEIN LLP

By:   *Janice I. Goldberg*
       Janice I. Goldberg
Two Park Avenue
New York, New York 10016
Tel:  (212) 592-1400
jgoldberg@herrick.com
*Attorneys for Defendant RLCH, Inc.*

HF 13466729v.3