HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Janice Goldberg
George V. Utlik
Rachel H. Ginzburg (admitted *pro hac vice*)
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
jgoldberg@herrick.com
gutlik@herrick.com
rginzburg@herrick.com

*Proposed Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
RLCH, INC.,                                                  :   Case No. 20-43052 (REG)
                                                             :
                Debtor.                                   :
                                                             :
------------------------------------------------------------ x
                                                             :
MANUEL ROEL,                                                 :   Adv. Pro. No. 20-01102 (REG)
                                                             :
                Plaintiff,                                :
                                                             :
            - against -                                :
                                                             :
JOE HSU, *et al*.                                            :
                                                             :
                Defendants.                              :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                     ) ss.:
COUNTY OF KINGS        )

HF 13477238v.2

I, Douglas Kopf, being duly sworn, depose and say:

1. I am an attorney with Herrick Feinstein LLP, proposed counsel for RLCH, Inc., a defendant in the above-captioned adversary proceeding. I am over the age of 18 and am not a party to this action.

2. I caused the Notice of Removal re: Roel v. Hsu, et al., Index No. 709652/2017, Supreme Court of the State of New York, County of Queens, with Exhibits 1 – 7. (Dkt. No. 1) to be served (i) via electronic mail on the parties on the annexed Service List 1 on August 28, 2020; and (ii) via First Class Mail upon the parties on the annexed Service List 2 on September 5, 2020.

3. I caused the Adversary Proceeding Cover Sheet (Dkt. No. 4) to be served (i) via electronic mail on the parties on the annexed Service List 1 on September 9, 2020; and (ii) via First Class Mail upon the parties on the annexed Service List 2 on September 5, 2020.

Date: New York, New York
September 9, 2020

/s/ *Douglas Kopf*
Douglas Kopf

Sworn to before me this
9th day of September 2020
*/s/ Annabella A. Cruz*_____
Annabella A. Cruz, Notary Public, State of New York,
No: 01CR6400239 Commission Expires: 11/12/2023

## SERVICE LIST 1

| | |
|---|---|
| United States Trustee<br>Office of the US Trustee,<br>Jeremy S. Sussman, Esq.<br>Eastern District of New York,<br>Brooklyn Division<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Jeremy.S.Sussman@usdoj.gov; | Allan Mendelsohn, Esq.,<br>Allan B. Mendelsohn, LLP,<br>38 New St., Huntington, NY 11743-3463<br>amendelsohn@amendelsohnlaw.com |
| Eric Sadkin, Esq.,<br>Mavrides Moyal, Packman Sadkin<br>276 Fifth Avenue, Suite 404<br>New York, NY 10001<br>ESadkin@mmps.com; | Atlantic Specialty Insurance Company<br>One State Street Plaza, 31fl<br>New York, NY 10004<br>claims@onebeacon.com |
| The Blaikie Group<br>111 John St. 16th Fl.<br>New York, NY 10038<br>info@blaikiegroup.com | Jack L. Glasser, Esq.<br>Jack L. Glasser, P.C.<br>89-10 Sutphin Blvd<br>Jamaica, NY 11435<br>jacklglasserpc@aol.com |
| Mingli Chen, Esq.<br>ML and CHEN, P.C.<br>136-20 38th Ave, Ste 9J<br>Flushing, NY 11354<br>mchen@mchenlaw.com | Robert D. Werth, Esq.<br>666 Greenwich St. #507<br>New York, NY 10014<br>robertwerth@gmail.com |
| Adam Stein, Esq.<br>Stein Adler Dadah Zelkowitz<br>16633 Broadway, 46fl.<br>New York, NY 10019<br>astein@steinadlerlaw.com | Mou Yang Lam<br>jlam9779@gmail.com |
| Kwan Cho Cheung<br>kccheung888@gmail.com | Steven Cheung<br>scheung08@gmail.com |
| | |
| Ming Y (Diane) Cheung<br>dcheung2688@yahoo.com | Gui Zhen Chen<br>zhenlin93@gmail.com |
| Siu Ling Wong<br>jenchan429@gmail.com | Cheung Ching Chau<br>foolee88@comcast.net |

| | |
|---|---|
| Kam Ming Lam<br>fionaryang83@gmail.com | Tung Suet Ruby Lam<br>rubycu@gmail.com |
| Kuk Tan (Tracy) Wong<br>kuktan2000@yahoo.com.hk | Jin Guo Lin<br>tommylin08@hotmail.com |
| Esther Hsu<br>grandmother.esther.hsu@gmail.com | |

## **SERVICE LIST 2**

| Maxim Credit Group, LLC<br>600 Madison Avenue, Suite 1700<br>New York, New York 10022 | Atlantic Specialty Insurance Company<br>One State Street Plaza, 31fl<br>New York, NY 10004 |
|---|---|
| The Blaikie Group<br>111 John St. 16th Fl.<br>New York, NY 10038 | Manuel Roel<br>253-02 Leeds Road<br>Little Neck, NY 11362 |
| TCJ Construction<br>438 67th Street<br>Brooklyn NY 11220 | |