**TARTER KRINSKY & DROGIN LLP**
*Co-Counsel to Manuel Roel, individually and derivatively as 50% Shareholder of Roel & Hsu Corp., as 25% Shareholder of CHRL Realty Corp., as 25%Shareholder of RLCH, Inc., and as 25% Shareholder of 190-15 48th Avenue Corp.*
1350 Broadway, 11th Floor
New York, New York 10018
Phone: (212) 216-8000
Scott S. Markowitz, Esq.
Jill Makower, Esq.
smarkowitz@tarterkrinsky.com
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| In re RLCH, INC., | Case No. 20-43052 (REG) |
| Debtor | |

-----------------------------------------------------------------------x

MANUEL ROEL, Individually and Derivatively as 50% Shareholder of ROEL & HSU CORP., as 25% Shareholder of CHRL REALTY CORP., as 25% Shareholder of RLCH, INC., and as 25% Shareholder of 190-15 48th AVENUE CORP.,

                      Plaintiff,

      - against -

Adv. Pro. No. 20-01102 (REG)

JOE HSU, ESTHER HSU, ROEL & HSU CORP., RLCH, INC., CHRL REALTY CORP., 190-15 48TH AVENUE CORP., MOU YANG LAM, KWAN CHO CHEUNG, MING KAM CHEUNG, HEONG LENG LOU, JIM GUO LIN, KAM MING LAM, and SIU LING WONG,

                      Defendants.

-----------------------------------------------------------------------x

STEVEN CHEUNG, MING YUNG CHEUNG, GUI ZHEN CHEN, CHEUNG, CHIN CHAU, TUNG SUET RUBY LAM and WONG KUK TAN,

                      Defendants/Intervenors.

-----------------------------------------------------------------------x

## **DECLARATION OF SERVICE**

Pursuant to the provisions 28 U.S.C. §1746, Sheree Nobles, declares under the penalty of perjury, the following to be true and correct:

1. I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Fairfield, State of Connecticut.

2. On September 28, 2020, I caused to be served a true copy of:

   (i) *Notice Of Motion Of Plaintiff Manuel Roel, Individually And Derivatively, For (I) Remand Of Certain Removed Causes Of Action Pursuant To 28 U.S.C. § 1447(c) Based On Lack Of Subject Matter Jurisdiction, (II) Abstention Pursuant To 28 U.S.C. §§ 1334(c)(1) And (c)(2), (III) Remand Under 28 U.S.C. § 1452(b), And (IV) Termination Of The Automatic Stay Pursuant To 11 U.S.C. § 362(d)(1) To Permit The State Court Action To Continue After Remand*;

   (ii) *Declaration of Robert D. Werth in Support of Plaintiff's Motion*; and

   (iii) *Plaintiff's Memo of Law in Support of Motion*,

via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties on the annexed service list.

Dated: Stratford, Connecticut
       October 5, 2020

                                                                     s/ Sheree Nobles
                                                                     Sheree Nobles

## SERVICE LIST

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

HERRICK, FEINSTEIN LLP
2 PARK AVENUE
NEW YORK, NY 10016
ATTN: RACHEL H. GINZBURG, ESQ.
ATTN: STEPHEN B SELBST, ESQ.
ATTN: GEORGE UTLIK, ESQ.
ATTN: JANICE IVY GOLDBERG, ESQ.

ERIC SADKIN
MAVRIDES MOYAL PACKMAN
276 FIFTH AVENUE, SUITE 404
NEW YORK, NY 10001

MAXIM CAPITAL GROUP
600 MADISON AVENUE
SUITE 1700
NEW YORK, NY 10065

ALLAN MENDELSOHN
38 NEW STREET
HUTINGHTON, NY 11743

JACK L GLASSER, ESQ.
88-28 SUTPHIN BLVD
JAMAICA, NY 11435

THE BLAIKIE GROUP
111 JOHN STREET, 16TH FL.
NEW YORK, NY 10038

JACK L. GLASSER, ESQ.
JACK L. GLASSER, P.C.
89-10 SUTPHIN BLVD.
JAMAICA, NY 11435

ROBERT D. WERTH, ESQ.
666 GREENWICH ST., #507
NEW YORK, NY 10014

ADAM STEIN, ESQ.
STEIN ADLER DABAH ZELKOWITZ LLP
1633 BROADWAY, 46TH FLOOR
NEW YORK, NY 10019

MINGLI CHEN, ESQ.
ML AND CHEN, P.C.
136-79 ROOSEVELT AVE
SUITE 303
FLUSHING, NY 11354

RICHARD ROEL
8 CORNELL LANE,
LITTLE NECK, NY 11363

MINGLI CHEN, ESQ.
ML AND CHEN, P.C.
136-20 38TH AVE., STE. 9J
FLUSHING, NY 11354

ATLANTIC SPECIALTY
INSURANCE COMPANY
ONE STATE STREET PL., 311
NEW YORK, NY 10004

ERIC SADKIN
MAVRIDES MOYAL PACKMAN
276 FIFTH AVENUE, SUITE 404
NEW YORK, NY 10001

MARCUS & POLLACK LLP
633 3RD AVENUE, 9TH FLOOR
NEW YORK, NY 10017

TCJ CONSTRUCTION
438 67TH STREET
BROOKLYN, NY 11220