HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Janice I. Goldberg
George V. Utlik
Rachel H. Ginzburg (admitted *pro hac vice*)
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
jgoldberg@herrick.com
gutlik@herrick.com
rginzburg@herrick.com

*Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------  x
                                                         :
In re                                                    :    Chapter 11
                                                         :
RLCH, INC.,                                              :    Case No. 20-43052 (REG)
                                                         :
                              Debtor.                    :
                                                         :
                                                         :
-------------------------------------------------------  x
                                                         :
MANUEL ROEL,                                             :    Adv. Pro. No. 20-01102 (REG)
                                                         :
                              Plaintiff,                 :
                                                         :
                 - against -                             :
                                                         :
JOE HSU, et al.                                          :
                                                         :
                              Defendants.                :
-------------------------------------------------------  x
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Janice I. Goldberg of Herrick, Feinstein LLP hereby appears in the above-captioned adversary proceeding (Adv. Pro. No. 20-01102 (REG)), as counsel to the Debtor and Debtor in Possession, RLCH, Inc. ("RLCH"), pursuant to Fed. R. Bankr. P.

9010(b), and requests that all notices, filings and pleadings given or required to be given in this adversary proceeding and copies of all papers served or required to be served in this adversary proceeding be given and served at the addresses, telephone, facsimile numbers, and email addresses set forth below (in addition to other counsel for RLCH):

> Janice I. Goldberg
> Herrick, Feinstein LLP
> 2 Park Avenue
> New York, NY 10016
> T: 212-592-6192
> F: 212-545-3414
> jgoldberg@herrick.com

Dated:  October 19, 2020              Respectfully submitted,
        New York, New York

                                 HERRICK, FEINSTEIN LLP

                                 By: /s/   *Janice I. Goldberg*
                                 Janice I. Goldberg
                                 Stephen B. Selbst
                                 George V. Utlik
                                 Rachel Ginzburg (admitted *pro hac vice*)
                                 2 Park Avenue
                                 New York, New York 10016
                                 (212) 592-1400
                                 (212) 592-1500 (fax)
                                 sselbst@herrick.com
                                 jgoldberg@herrick.com
                                 gutlik@herrick.com
                                 rginzburg@herrick.com

                                 *Attorneys for the Debtor and Debtor in Possession*